THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZABETH NEISS, Appellant. [643 NYS2d 1000]

Defendant's claim that her plea was coerced by the prosecutor's threat to indict for attempted murder if she declined to plead guilty to the superior court information is unpreserved for appellate review as a matter of law, since defendant never objected at sentencing or moved to withdraw the plea or to

vacate the judgment (*see, People v Stephens*, 188 AD2d 345, *lv denied* 81 NY2d 893), and we decline to review it in the interest of justice. Concur—Murphy, P. J., Milonas, Wallach, Ross and Nardelli, JJ.